# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRACY GAYLE,<br><br>                Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>                Defendants. | Case No. 2:18-cv-00913-APG-NJK<br><br>**ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION**<br><br>(ECF Nos. 13. 14) |

     Plaintiff Tracy Gayle filed two motions for injunctive relief in relation to her property at 10908 Royal Highlands Street.  Gayle does not identify whether a foreclosure sale has been scheduled and, if so, when.  If no foreclosure sale is scheduled, there does not appear to be a need for injunctive relief at this time.  If the sale has already occurred, I cannot enjoin it.  Nor does Gayle state whether eviction proceedings have been instituted against her.  I therefore deny the motions, without prejudice to Gayle filing a new motion showing the need for injunctive relief.

     IT IS THEREFORE ORDERED that plaintiff Tracy Gayle's motion for a temporary restraining order **(ECF No. 13)** and motion for a preliminary injunction **(ECF No. 14) are DENIED** without prejudice to Gayle filing a new motion showing the need for injunctive relief.

     DATED this 25th day of May, 2018.

                                                        ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE